THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>DAVID HIGSON.<br><br>        Defendant. | No. CR 11-0084 MMC<br><br>~~(Proposed)~~ **ORDER CONTINUING SENTENCING HEARING** |

GOOD CAUSE APPEARING, it is ordered that:

1. The defendant's status hearing now set for October 19, 2011, shall be vacated, and the case re-ret for sentencing on December 7, 2011, to allow new defense counsel sufficient time to review the case file and to prepare for sentencing.

SO ORDERED.

DATED: October 18, 2011

_____
MAXINE M. CHESNEY
United States District Judge

ORDER                         1