THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0084 MMC |
| | ) | |
| Plaintiff, | ) | ~~(Proposed)~~ **ORDER CONTINUING** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| DAVID HIGSON. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, it is ordered that the defendant's sentencing hearing now set for December 7, 2011 shall be vacated, and the case re-set for sentencing on February 8, 2012, at 2:30 p.m., to allow new defense counsel sufficient time to review the case file and to prepare for sentencing, and for the parties to receive necessary information prior to sentencing. SO ORDERED.

DATED: November 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge

1