THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0084 MMC |
|---|---|---|
| Plaintiff, | ) | ~~(Proposed)~~ **ORDER CONTINUING SENTENCING HEARING** |
| vs. | ) | |
| DAVID HIGSON. | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is ordered that:

1. The defendant's status hearing now set for February 8, 2012 shall be vacated, and the case re-ret for sentencing on March 7, 2012, at 2:15 p.m., to allow counsel sufficient time to review the case file and to prepare for sentencing, and for the parties to receive necessary information prior to sentencing.

SO ORDERED.

DATED: January 25, 2012

_____
MAXINE M. CHESNEY
United States District Judge

ORDER                                    1