1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Mark D. Flanagan (SBN: 130303)
2    *mark.flanagan@wilmerhale.com*
   Chris Johnstone (SBN: 242152)
3    *chris.johnstone@wilmerhale.com*
   Andrew Liao (SBN: 271219)
4    *andrew.liao@wilmerhale.com*
   950 Page Mill Road
5  Palo Alto, CA  94304
   Tel:  (650) 858-6047
6  Fax: (650) 858-6100

7  *Attorneys for Defendant*
   *David Higson*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0084 MMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING SEALED DOCUMENT ; DIRECTIONS TO CLERK** |
| vs. | |
| DAVID HIGSON, | Honorable Maxine M. Chesney |
| Defendant. | |

On March 14, 2013, counsel for Defendant David Higson filed an Administrative Motion Requesting Sealed Document, which requests a copy of the "Sealed Document as to David Higson" filed by Court Staff on March 11, 2013. (*See* Dkt. 73.) It is hereby ordered that a copy of "Sealed Document as to David Higson," be sent to the counsel for Defendant David Higson at the following address: Christopher W. Johnstone, Wilmer Cutler Pickering Hale & Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304.

**IT IS SO ORDERED.**

DATED: March 18, 2013

MAXINE M. CHESNEY
United States District Judge